## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

CHRIS LOWRY, by, through, and with  
his Mother WENDY CROW;  
COLTON DOUGAN, by, through, and with  
his Father FRANK DOUGAN and  
Mother LEIGH DOUGAN; and  
MICHEAL JOSEPH, by, through, and with  
his Mother HEIDI JOSEPH                                                                                       PLAINTIFFS

v.                                            No. 5:06CV00262 JLH

WATSON CHAPEL SCHOOL DISTRICT, *et al*.                                                     DEFENDANTS

## ORDER

The plaintiffs have filed a motion for post-judgment fees and costs seeking to recover fees and costs in resisting the defendants' petition for writ of certiorari to the Supreme Court of the United States.  The defendants have not responded to the motion.

It appears that this Court has the authority to award fees and costs incurred by the plaintiffs in successfully responding to the petition for writ of certiorari filed by the defendants.  *Jenkins v. State of Missouri*, 127 F.3d 709 (8th Cir. 1997).

The plaintiffs request fees for the time of attorney Holly Dickson in the amount of $2,642.50 plus $54.67 in expenses, and fees in the amount of $2,910.00 for attorney Rebekah Kennedy.  The requests are supported by affidavits from Ms. Dickson and Ms. Kennedy, as well as affidavits by attorneys who are capable of and have rendered opinions regarding the reasonableness of the fee requests.  The Court has reviewed the time entries for Ms. Dickson and Ms. Kennedy, along with the affidavits, and has concluded that the time spent was reasonable and the hourly rates requested are reasonable.  Therefore, plaintiffs will be awarded fees in the total amount of $5,552.50 and expenses in the amount of $54.67.

IT IS SO ORDERED this 3rd day of April, 2009.

                                                                          */s/ J. Leon Holmes*
                                                            J. LEON HOLMES
                                                            UNITED STATES DISTRICT JUDGE