**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | |
|---|---|
| CHRIS LOWRY, by, through, and with his Mother WENDY CROW; COLTON DOUGAN, by, through, and with his Father FRANK DOUGAN and Mother LEIGH DOUGAN; and MICHEAL JOSEPH, by, through, and with his Mother HEIDI JOSEPH | PLAINTIFFS |
| v.    No. 5:06CV00262 JLH | |
| WATSON CHAPEL SCHOOL DISTRICT, *et al*. | DEFENDANTS |

**JUDGMENT**

Pursuant to the Order entered separately today, judgment is entered in favor of the plaintiffs against the defendants, jointly and severally, in the amount of $5,607.17 plus post-judgment interest to accrue at the rate of 0.59% per annum, for all of which judgment and execution may issue.

IT IS SO ORDERED this 3rd day of April, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE